POINSETT CO. CIRCUIT CLERK
MISTY RICHARDSON-RUSSELL
FILED

NOV 0 6 2023

AM                    PM
8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5

## IN THE CIRCUIT COURT OF POINSETT COUNTY, ARKANSAS
### CIVIL DIVISION

MARY RICHMOND                                              **PLAINTIFF**

**V**                          NO. 56CV-2023-_248(04)_

AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA                                      **DEFENDANT**

### COMPLAINT ON AN INSURANCE POLICY

COMES the Plaintiff, Mary Richmond, by and through her attorney, Arlon L. Woodruff, Woodruff Law Firm, P.A. and for her Complaint against the Defendant, states:

1.    Plaintiff is a resident of Poinsett County, Arkansas, and  Defendant is a property and casualty insurance company authorized to sell insurance in Arkansas with its home office located in 11222 Quail Roost Drive, Miami, FL 33157.

2.    The Defendant, for the consideration of an annual premium of One thousand, six hundred, twenty-three dollars and no cents ($1623.00) paid in full did on or about the 10th of October 2022 renew a policy of property casualty insurance for the improvements located at 130 McLellan St. Lepanto, AR 72354 (Policy No. HPL0294427). The policy provided casualty coverage of One Hundred and twenty-seven thousand, one hundred, seventy dollars and no cents ($127,170.00) for the premises and up to Sixty-three thousand, five hundred dollars and no cents ($63,500.00) for personal property located on the premises.  A copy of the Policy is attached hereto as Exhibit "A". A copy of the declaration sheet of the Policy is attached hereto as Exhibit "B".

3. On April 12, 2023 said improvements were destroyed by fire of unknown origin.  The

**EXHIBIT**

**1**

insured structure was a total loss and the personal property was destroyed or damaged to beyond repair or salvage. Plaintiff reported the loss to the Defendant's representative and complied with all reasonable provisions of the policy. Defendant has been extremely dilatory in investigating the loss and Plaintiff has had to retain an attorney for the purpose of enforcing her rights under the policy. Five months after the loss, the Defendant scheduled an EUO. Another month has passed and the Defendant has now requested additional information which should have been requested shortly after the reported loss. Plaintiff has no choice but to institute a suit for recovery.

4. Plaintiff prays for judgement for in the sum of $127,170 for the loss of the residence located on the premises and $37,069.87 for loss of personal property for a total of One hundred sixty four thousand, two hundred, thirty nine dollars and eighty seven cents ($164,239.87) In addition, Plaintiff is entitled to twelve percent (12%) damages upon the amount together with interest and reasonable attorney's fees and costs for the prosecution and collection of the indebtedness as provided in Ark. Code Ann. § 23-79-208 (1987).

5. Plaintiff requests a jury trial to determine all factual issues.

WHEREFORE, the Plaintiff requests entry of judgment against the Defendant for the sum of $164,239.87 plus 12% thereof as damages as provided by law, interest, reasonable attorneys' fees, costs, and all other proper relief.

Respectfully submitted.

MARY RICHMOND

By: _Arlon L. Woodruff_

Arlon L. Woodruff, AR Bar No. 75145
Woodruff Law Firm, P.A.
204 Cobean Bvld
PO Box 500

Lake City, AR 72437
870-237-4300ph
870-237-8865fax
awoodruff@lawwoodruff.com

## VERIFICATION

STATE OF ARKANSAS    )
                          )
COUNTY OF CRAIGHEAD  )

      I, MARY RICHMOND, Plaintiff herein, do hereby state on oath that the things and matters as set forth above are true and correct to the best of her information, knowledge, and belief.

_Mary H Richmond_
Mary H Richmond (Nov 2, 2023 09:15 CDT)
MARY RICHMOND

SUBSCRIBED AND SWORN to before me this ⎯ day of November 2023.

NOTARY PUBLIC

MY COMMISSION EXPIRES:

(SEAL)

CINDY TERRELL
NOTARY PUBLIC
ARKANSAS
CRAIGHEAD COUNTY
12402100 EXPIRES 2-28-2025

# proposed Complaint on an insurance policy

Final Audit Report                                           2023-11-02

| | |
|---|---|
| Created: | 2023-11-02 |
| By: | Arlon Woodruff (cterrell@lawwoodruff.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAIyKkoXZWYQLW9WBOx5db8czdB5GtA7wM |

## "proposed Complaint on an insurance policy" History

📄 Document created by Arlon Woodruff (cterrell@lawwoodruff.com)
2023-11-02 - 2:10:19 PM GMT- IP address: 69.173.231.109

📧 Document emailed to mhall_1962@yahoo.com for signature
2023-11-02 - 2:10:44 PM GMT

📄 Email viewed by mhall_1962@yahoo.com
2023-11-02 - 2:12:24 PM GMT- IP address: 69.147.86.72

✍️ Signer mhall_1962@yahoo.com entered name at signing as Mary H Richmond
2023-11-02 - 2:15:41 PM GMT- IP address: 174.247.252.81

✍️ Document e-signed by Mary H Richmond (mhall_1962@yahoo.com)
Signature Date: 2023-11-02 - 2:15:43 PM GMT - Time Source: server- IP address: 174.247.252.81

✅ Agreement completed.
2023-11-02 - 2:15:43 PM GMT

**Adobe Acrobat Sign**



P.O. Box 9770
Maryville, TN 37802

AUGUST 28, 2022

MARY RICHMOND
130 MCCLELLAN AVENUE
LEPANTO AR 72354

## THIS IS NOT A BILL- DO NOT PAY
You will be billed at a later date

Re: Renewal of Policy: HPL 0294427

Dear MARY RICHMOND

Thank you for choosing HomeFirst Agency, Inc. as your insurance agency. We take pride in offering quality comprehensive insurance coverage and look forward to continuing to serve you!

Our records indicate that the above-mentioned policy will be renewing within the next sixty days. We hope you will be pleased with your insurance policy and the protection it provides.

If your lender pays your insurance premium, we will bill them directly. Otherwise, we will send you a bill shortly.

If you have any questions about your policy or need to make any corrections or revisions, please contact HomeFirst Agency, Monday through Friday, 8:30 a.m. to 5:30 p.m. EST, at 1.800.804.9389 to speak to a representative.

Again, thank you for continuing to place your trust in us.

Sincerely,

HomeFirst Agency, Inc.

Enclosure


PLAINTIFFS EXHIBIT

HOMEFMW.000-1217

# American Bankers Insurance Company of Florida

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 l 305.253.2244

## HOMEOWNERS PLUS PROGRAM
## MANDATORY AMENDATORY ENDORSEMENT
## ARKANSAS

**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

**NOTICE**

In accordance with ARK. CODE ANN. § 23-88-106, We are providing notice of the following:

Unless otherwise provided by this policy, We may deduct Expense depreciation. Expense depreciation is defined as depreciation, including but not limited to the cost of goods, materials, labor and services necessary to replace, repair or rebuild damaged property.

If expense depreciation is applied to a loss for damaged property, the insurer shall provide written explanation as to how the expense depreciation was calculated.

**SECTION I – CONDITIONS**

Item 6. Appraisal is deleted and replaced by the following:

6.  Appraisal.

If you and we fail to agree on the amount of loss, an appraisal of the loss may take place. However, an appraisal will take place only if both you and we agree, voluntarily, to have the loss appraised. If so agreed, each party will choose a competent and impartial appraiser within 20 days after both parties agree. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the residence premises is located. The appraisers will separately state the amount of the loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. An appraisal decision will not be binding on either party.

Each party will:
a.  Pay its own appraiser; and
b.  Bear the other expenses of the appraisal and umpire equally.

Item 8. Action Against Us is deleted and replaced by the following:

8.  Action Against Us.

No action shall be brought unless there has been compliance with the policy provisions and the action is started within five years after the occurrence causing the loss or damage.

Item 14. Lienholder Clause is deleted and replaced by the following:

14.  Lienholder Clause.

The word "Lienholder" includes mortgagee or trustee.

If a lienholder is named in this policy, a loss payable under Coverage A, or B will be paid to the lienholder and you, as interests appear. If more than one lienholder is named, the order of payment will be the same as the order or precedence of the liens.

If we deny your claim that denial will not apply to a valid claim of the lienholder, if the lienholder

a.  notifies us of a change in ownership, occupancy, or substantial change in risk of which the lienholder is aware.
b.  pays any premium due under this policy on demand, if you have neglected to pay the premium.
c.  submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us, and Loss Payment apply to the lienholder.

If we decide to cancel this policy, the lienholder will be notified at least:

a.  10 days before the date cancellation takes effect if we cancel for nonpayment of premium.
b.  20 days before the date cancellation takes effect if we cancel for any other reason.

If we decide not to renew this policy, the lienholder will be notified at least 30 days before the date nonrenewal takes effect.

We provide no coverage to the lienholder for any loss resulting from alteration, conversion, or concealment of any property by any insured or other party in legal possession of the property.

If we pay the lienholder for a loss and deny payment to you:

a.  we are subrogated to all the rights of the lienholder granted under the lien on the property; or
b.  at our option, we may pay to the lienholder the whole principal on the lien plus accrued interest. In this event, we will receive a full assignment and transfer of the lien and all securities held as collateral to the lien.

Subrogation will not impair the right of the

lienholder to recover the full amount of the lienholder's claim.

Item 15. Loss Payable Clause is deleted and replaced by the following:

15.  Loss Payable Clause.

If the Declarations show a loss payee for certain listed insured personal property, the definition of insured is changed to include that loss payee with respect to that property.

If we decide to cancel this policy, that loss payee will be notified in writing.

If we decide to not renew this policy, that loss payee will be notified in writing at least 30 days before the date nonrenewal takes effect.

## SECTION II — EXCLUSION

Items 2. g and 2. h. are deleted and replaced by the following:

g.  Arising out of the actual, alleged, or threatened discharge, dispersal, release or escape of pollutants at or from the insured location you own or elsewhere.
However, this does not apply to bodily injury and property damage caused by heat, smoke or fumes from a hostile fire. A hostile fire means one that becomes uncontrollable or breaks out from where it was intended to be; or

h.  Arising out of loss, cost, or expense from any governmental direction or request that you test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize pollutants. However, this does not apply to bodily injury and property damage caused by heat, smoke or fumes from a hostile fire. A hostile fire means one that becomes uncontrollable or breaks out from where it was intended to be.

## SECTION I AND II - CONDITIONS

Item 5. Cancellation is deleted and replaced by the following:

5.  Cancellation.

a.  You may cancel this policy at any time by returning it to us or by notifying us in writing of the date cancellation is to take effect.

b.  We may cancel this policy only for the reasons stated in this condition by notifying you in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing shall be sufficient proof of notice.

(1)  When you have not paid the premium, whether payable to us or to our agent or any finance or credit plan we may cancel at any time by notifying you at least 10 days before the date cancellation takes effect, accompanied by the reason.

(2)  When this policy has been in effect for 60 days or less and is not a renewal with us

we may cancel for any reason by notifying you at least 20 days before the cancellation takes effect.

(3)  When this policy has been in effect for more than 60 days, or at any time if it is a renewal with us, we may cancel for one or more of the following reasons:

(a)  upon discovery of fraud or material misrepresentation made by, or with the knowledge of, the insured in obtaining or continuing this policy, or in presenting a claim under this policy;

(b)  upon occurrence of a material change in the risk which substantially increases any hazard insured against after policy issuance;

(c)  if there is a violation of any local fire, health, safety, building, or construction regulation or ordinances with respect to any insured property or the occupancy of the property, which substantially increases any hazard insured against under the policy;

(d)  for nonpayment of membership dues in those cases where the bylaws, agreements, or other legal instruments of the insurer issuing the policy require payment as a condition of the issuance and maintenance of the policy; or

(e)  a material violation of a material provision of the policy.

This can be done by notifying you at least 20 days before the date cancellation takes effect.

(4)  When this policy is written for a period longer than a year, we may cancel for any reason at anniversary by notifying you at least 30 days before the date cancellation takes effect.

c.  Your lienholder can cancel this policy if your dwelling has been repossessed or foreclosed or the lienholder has otherwise acquired ownership of your dwelling. The lienholder may then, for the account of all parties at interest in this policy, send written request to cancel this policy.

d.  When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded. When you request cancellation, or we or your lienholder cancel, the return premium will be pro rata.

e.  If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

Item 8. Subrogation is amended to include the following sentence to paragraph one:

However, we will be entitled to a recovery only after the insured has been fully compensated for the loss sustained.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

# Homeowners Plus Program

## Insurance for Mobile Homes, Manufactured Homes, Factory-Built Housing and Modular Housing

### American Bankers Insurance Company of Florida
A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

AB1903JPC-0811

This policy is signed at the Home Office of American Bankers Insurance Company of Florida, Miami, Florida, by its President and Secretary. It is countersigned on the Declarations Page by our authorized representative(s), if required.

SECRETARY

PRESIDENT

**IMPORTANT NOTICE
TO REPORT A CLAIM CALL
1-800-804-9389**

Always Have Your Policy Number Available
When Reporting A Claim

**ARSON PREVENTION PROGRAM**
American Bankers Insurance Company of Florida will pay
$1,000.00
for information leading to the conviction of any person for
arson to a dwelling or vehicle insured by the Company.

AB1903JPC-0811

# American Bankers Insurance Company of Florida

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## HOMEOWNERS PLUS PROGRAM

## POLICY INDEX

AGREEMENT .............................................................. 1

DEFINITIONS ........................................................... 1-2

SECTION I - COVERAGES ........................................ 2-6
    COVERAGE A - DWELLING ............................. 2-3
    COVERAGE B - OTHER STRUCTURES .............. 3
    COVERAGE C - PERSONAL PROPERTY ........... 3-4
    COVERAGE D - ADDITIONAL LIVING EXPENSE . 4
    ADDITIONAL COVERAGES .............................. 4-6
    Debris Removal ................................................ 4-5
    Emergency Removal Service ................................. 5
    Fire Department Service ..................................... 5
    Trees, Shrubs, Plants, and Lawn ......................... 5
    Water Backup of Sewers ..................................... 5
    Property Removed ............................................ 5
    Reasonable Repairs .......................................... 5
    Credit Card, Fund Transfer Card or Access Device,
        Forgery and Counterfeit Money ................... 5-6
    Food Spoilage ................................................. 6

    DEDUCTIBLE ................................................... 6

SECTION I - EXCLUSIONS ..................................... 6-7

SECTION I — CONDITIONS ..................................... 7-9
    Insurable Interest and Limit of Liability ............. 7
    Your Duties After Loss ..................................... 7-8
    Loss Settlement .............................................. 8
    Loss to a Pair or Set ........................................ 8
    Glass Replacement .......................................... 8
    Appraisal ...................................................... 8
    Other Insurance ............................................. 9
    Action Against Us ........................................... 9
    Our Option .................................................... 9
    Loss Payment ................................................ 9
    Abandonment of Property ................................. 9

No Benefit to Bailee ........................................... 9
Nuclear Hazard Clause ........................................ 9
Lienholder Clause .............................................. 9
Loss Payable Clause ........................................... 9

SECTION II — LIABILITY COVERAGES ............... 9-10
    COVERAGE E - PERSONAL LIABILITY ........... 10
    COVERAGE F -
    MEDICAL PAYMENTS TO OTHERS ................. 10

SECTION II — EXCLUSIONS ................................ 10-11

SECTION II — ADDITIONAL COVERAGE ............ 11-12
    Claim Expenses ............................................. 11
    First Aid Expenses .......................................... 11
    Damage to Property of Others ........................ 11-12

SECTION II — CONDITIONS ................................. 12
    Limit of Liability ........................................... 12
    Severability of Insurance ................................. 12
    Duties After Loss ........................................... 12
    Duties of an Injured Person .............................. 12
    Payment of Claim .......................................... 12
    Action Against Us .......................................... 12
    Bankruptcy ................................................... 12
    Other Insurance ............................................ 12

SECTIONS I AND II - CONDITIONS .................. 12-13
    Policy Period ................................................ 12
    Misrepresentation, Concealment or Fraud ........ 12-13
    Liberalization Clause ...................................... 13
    Waiver or Change of Policy Provisions .............. 13
    Cancellation ................................................. 13
    Non-Renewal ................................................ 13
    Assignment .................................................. 13
    Subrogation ................................................. 13
    Death ......................................................... 13

AB1774PPC-0611

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

Throughout this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance. In addition, certain words and phrases are defined as follows:

"Actual cash value" means the amount it would cost you to repair or replace damaged property with material of like kind and quality, less deduction for physical deterioration and depreciation, including obsolescence.

"Additional living expense" means necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

"Aircraft" means any contrivance used or designed for flight. This does not include model or hobby aircraft not used or designed to carry people or cargo.

"Alteration" means deliberate change to the insured property by someone in legal possession of the property without permission of the lienholder or owner that results in reduced property value. This is whether resulting reduction in value is intended or not.

"Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death resulting there from.

"Burglary" means the breaking and entering into a fully enclosed structure with intent to commit a crime. There must be visible signs of forced entry.

"Business" means:
1. Any full or part-time trade, profession, occupation or activity engaged in for compensation;
2. Rental or holding for rental part of the insured location or of any premises as a residence; private garage, office, or school;
3. Providing home day care services to a person(s) other than the insured and receiving monetary or other compensation for such services.

"Concealment" means when you withhold or hide all or part of encumbered property from the lienholder, or remove the property from the area of use known to the lienholder, with the apparent intent of wrongfully appropriating the property.

"Conversion" means the wrongful use of insured property by someone in lawful possession of the property including the transfer of ownership without the permission of the lienholder or any other party holding an interest in the property.

"Dwelling" means the home described on the Declarations Page and any structures permanently attached to the home. It does not include any unattached structures, nor any structures

connected by only a fence, utility line or similar connection, nor the land on which the home is located.

"Earthquake" means land shock waves or earth tremors, which result from the movement of the earth's crust along geologic fault lines or caused by volcanic activity. One or more shock waves that occur within a 72 hour period constitute a single earthquake.

"Flood" means a general and temporary condition of partial or complete inundation of two or more acres of normally dry land area or of two or more properties (at least one of which is your property) from:
1. The overflow of inland or tidal water; or
2. The unusual and rapid build-up or run-off of surface water from any source; or
3. Mudslides or mudflows that are caused by the build-up of water on or under the ground.

Flood can also mean the collapse or subsidence of land along the shore of a lake or of a body of water as a result of erosion or undermining caused by waves or currents of water exceeding anticipated cyclical levels that results in a flood as defined above.

Flood, as defined above, is at least as broad as that offered by the National Flood Insurance Program Standard Flood Insurance Policy.

"Insured" means you and the following residents of your household:
a. your relatives;
b. any other person under the age of 21 who is in the care of any person named above;
c. a student enrolled in school full time, defined by the school, who was permanent resident of the residence premises before moving out to attend school. This is provided the student under the age of:
   (1) 24 and your relative; or
   (2) 21 and in your care or the care of the person described in a. above.

Under SECTION II, "insured" also means:
c. with respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in a. or b. above. A person or organization using or having custody of these animals or watercraft in the course of any business, or without permission of the owner is not an insured;
d. with respect to any vehicle to which this policy applies, any person while engaged in your employment or the employment of any person included in a. or b. above.

"Insured location" means:
a. the residence premises;
b. the part of any other premises, other structures, and grounds, used by you as a residence and which is shown in the Declarations or which is acquired by you during the policy period for your use as a residence;

c.    any premises used by you in connection with the premises included in a. or b. under "Insured location" above;

d.    any part of a premises not owned by any insured but where any insured is temporarily residing;

e.    vacant land owned by or rented to any insured. This does not include farm land;

f.    land owned by or rented to any insured on which a one or two family dwelling is being constructed as a residence for any insured coverage ends when the Certificate of Occupancy is issued;

g.    individual or family cemetery plots or burial vaults of any insured;

h.    any part of a premises occasionally rented to any insured for other than business purposes.

**"Limit of liability"** means the maximum amount we are required to pay in the event of a covered loss. Although amounts paid for a loss may be less than the limit of liability, in no event will the payment exceed such limit of liability, unless specifically stated within the policy.

**"Mysterious disappearance"** means the vanishing of covered property that cannot be explained. This includes property that has been lost or misplaced.

**"Motor vehicle"** means:

a.    a motorized land vehicle designed for travel on or off public roads or subject to motor vehicle registration. A motorized land vehicle in dead storage on an insured location is not a motor vehicle.

b.    a trailer or semi-trailer designed for travel on public roads and subject to motor vehicle registration. A boat, camper, home or utility trailer not being towed by or carried on a vehicle included in a. is not a motor vehicle;

c.    a motorized golf cart, all terrain vehicles (ATV's), motorcycles, travel trailers, recreational vehicles mopeds and snowmobile or other motorized land vehicle and their parts owned by any insured and designed for recreational use off public roads, while off an insured location.

d.    The following are not considered motor vehicle:
1.    A golf cart used solely for golfing purposes;
2.    A motor vehicle not licensed for use on or off public roads which is solely used to aid the handicapped.

e.    any vehicle including a dwelling described in the Declarations being towed by or carried on a vehicle included in a., b., or c.

**"Occurrence"** means an accidental event resulting in a loss. It includes continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:
1.    Bodily injury; or
2.    Property damage.

**"Pollutant"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned, or reclaimed.

**"Property damage"** means physical injury to or destruction of tangible property. This includes loss of use of the property.

**"Residence employee"** means an employee of any insured who performs duties in connection with the maintenance or use of the residence premises, including household or domestic services, or who performs duties elsewhere of a similar nature not in connection with the business or any insured.

**"Residence premises"** means the dwelling and other structures located on land owned or leased by you where you reside and which is shown as the covered property in the Declarations.

**"Robbery"** means the unlawful taking of property by violence, force or intimidation.

**"Secretion"** means that someone in legal possession of the dwelling has moved or placed it in a new location, and the owner, lienholder or mortgagee is unaware of the new location.

**"Theft"** means the unlawful taking of tangible property belonging to another, without consent, with the intent to deprive the owner of the value of the property. Theft does not include conversion or secretion.

**"Total loss"** means a loss for which the cost to repair the dwelling plus the salvage value exceeds the policy limit or market value of the dwelling.

## SECTION I - COVERAGES

### COVERAGE A - DWELLING

We will pay up to the limit of liability shown on the Declarations Page for COVERAGE A – DWELLING due to direct, sudden, and accidental loss of, or damage to your covered dwelling, EXCEPT for those causes of loss listed in SECTION I – EXCLUSIONS.
We cover:

a.    the dwelling on the residence premises shown in the Declarations used principally as a private residence. Included are all parts and accessories built into the structure and utility tanks attached by plumbing or other utility lines.

b.    appliances, furniture and equipment furnished by the manufacturer or dealer. We will also include replacements of these.

c.    materials and supplies located on or next to the residence premises. They must be used in the construction or repair of the dwelling.

Items not covered in Coverage A:
1.    Slabs;
2.    Driveways;
3.    Sidewalks;
4.    Swimming pools and hot tubs;
5.    Fences and retaining walls;

6. Ponds;
7. Bridges;
8. Roads;
9. Private entrances;
10. Playground equipment;
11. Structures connected to your dwelling by only a fence, utility line, walkway or similar connection;
12. Land, including land on which the dwelling is located;
13. Radio antennas, TV antennas and satellite dishes;
14. Culverts or dams;
15. Docks or piers.

## COVERAGE B - OTHER STRUCTURES

We will pay up to the limit of liability shown on the Declarations Page for COVERAGE B – OTHER STRUCTURES due to direct, sudden, and accidental loss of, or damage to your covered other structures, EXCEPT for those causes of loss listed in SECTION I – EXCLUSIONS.

We cover:

    a. other structures at the insured location, which are not attached to your dwelling; including structures connected to your dwelling by only a fence, utility line, walkway or similar connection. This includes, but is not limited to garages, fences, carports, above ground swimming pools, wells and well pumps not attached to your dwelling. They must not be used in whole or in part for business purposes.

    b. materials and supplies located on or next to the residence premises. They must be used in the construction or repair of these other structures or additions.

Items not covered under Coverage B:
1. Structures used for farming purposes or for livestock;
2. Radio antennas, TV antennas and satellite dishes;
3. In-ground swimming pools and in-ground hot tubs;
4. Slabs;
5. Driveways;
6. Sidewalks;
7. Retaining walls;
8. Roads;
9. Bridges;
10. Ponds;
11. Silos;
12. Private Entrances;
13. Culverts or dams;
14. Land, including land on which the dwelling is located.

## COVERAGE C - PERSONAL PROPERTY

We will pay up to the limit of liability shown on the Declarations Page for COVERAGE C – PERSONAL PROPERTY due to direct, sudden, and accidental loss of, or damage to your covered personal property, EXCEPT for those causes of loss listed in SECTION I – EXCLUSIONS.

We cover personal property:
    a. owned or used by an insured while it is anywhere in the world.

    b. owned by others while it is on the part of the residence premises occupied by an insured. This is at your option.

    c. owned by a guest or a residence employee while it is in any residence occupied by an insured. This is at your option.

Our limit of liability for personal property while located at an insured residence other than residence premises is 10% of Coverage C, not to exceed $1,000.

If you move to another permanent residence, we will insure your personal property at each location on a pro rata basis. This coverage applies up to 30 days from the date you begin to move. It does not extend beyond the expiration date of this policy.

Items not covered in Coverage C:

1. Any motor vehicle, its parts or equipment, licensed or not, for use on or off public roads, EXCEPT:
    a. Golf carts, when used for golfing purposes;
    b. Residential lawn mowers or equipment not subject to motor vehicle registration, which are usual and incidental to the maintenance of your insured location; and
    c. Motorized vehicles not subject to motor vehicle registration which are used to assist the handicapped;
2. All Terrain Vehicles (ATV's), snowmobiles, motorcycles, travel trailers, recreational vehicles, farm machinery and their parts or equipments;
3. Boat motors, boats (motorized or not), personal watercraft, and their parts or equipment;
4. Any device, instrument, cellular communication system, radar signal reception system, accessory or antenna designed for reproducing, detecting, receiving, transmitting, recording or playing back data, sound or picture which may be powered by electricity from a motorized land vehicle or watercraft and while in or upon a motorized land vehicle or watercraft. We do not cover tapes, wires, records, disks or other media that may be used with these devices or instruments while in or upon a motorized land vehicle or watercraft;
5. Animals, fish, birds;
6. Skins, pelts, mounted hunting or fishing trophies;
7. Property of roomers, boarders and tenants;
8. Money, currency or securities;
9. Property separately insured by any other insurance;
10. Any item insured under Other Structures Coverage;
11. Aircraft, its parts or equipment; or
12. Gift certificates, stored value cards, pre-paid phone cards and any other cash equivalent items.

## SPECIAL LIMITS OF LIABILITY

We will pay only up to these special limits for each category of these special items, but not more than $5,000 maximum for all losses from one event regardless of the number of items or categories involved. This does not increase the limit of liability for COVERAGE C – PERSONAL PROPERTY.

There is a special limit for the following Personal Property categories:

1. $500 for stamp and coin collections; card collections and collectibles (i.e., baseball cards, porcelain, dolls, trains, crystal, china, plates, knives, die-cast vehicles and other die-cast items, ceramics, comic book collections, memorabilia and souvenirs, etc.);
2. $1,000 for jewelry, watches, precious and semi-precious stones and furs;
3. $1,000 for cameras and video recording and/or reproducing devices including but not limited to cameras, video cassette recorders (VCRs), camcorders, digital video disc players, laser disc players, and their media, accessories and equipment;
4. $1,000 for audio recording and/or reproducing devices including but not limited to CD players, radios, record players, and their media, accessories and equipment;
5. $2,000 for video gaming systems including their media, accessories and equipment, wireless communication devices including but not limited to cellular telephones, PDA's, and their media, accessories and equipment, computer, computer software, discs, and any computer related electronic equipment, media and accessories;
6. $500 for sporting equipment;
7. $500 for musical instruments and their equipment;
8. $500 for firearms, guns, and their ammunition and equipment;
9. $500 for art, antiques, and heirlooms;
10. $1000 for hand and power tools and equipment, and toolboxes;
11. $500 for silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware, pewterware, or precious metals. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter;
12. $500 for bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, and medals;
13. $500 for books, accounts, deeds, evidence of debt, letters of credit, notes other than bank notes, manuscripts, passports, tickets and stamps;
14. $500 for satellite dish accessories, radio antennas, television antennas and related equipment;
15. $1,000 for utility trailers.

## COVERAGE D - ADDITIONAL LIVING EXPENSE

The limit of liability for Coverage D is 10% of the Coverage A Dwelling limit for all the following coverage:

Additional Living Expense. If a loss covered under this Section makes the residence premises uninhabitable, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living. Payment shall be for the shortest time required:

a. to repair or replace the premises; or
b. if you permanently relocate, the shortest time required for your household to settle elsewhere; or
c. the period of time between the date of loss and thirty days after the date we offer a cash settlement based

either on a repair estimate or the actual cash value of the dwelling.

Civil Authority. If damages from a peril we insure against occur at a neighboring premises, we will pay additional living expenses up to $30 per day for no more than 14 days should civil authorities prohibit you from occupying the residence premises.

These periods of time shall not be shortened by the expiration of this policy.

No deductible applies to this coverage.

## ADDITIONAL COVERAGES

The following coverages are automatically included and are in addition to the limit of liability of Coverage A shown on the Declarations Page.

1. Debris Removal

   We will pay for expenses you incur when you remove debris of covered property, other than trees, which results from a loss covered under this policy.

   We will also pay for the expense to remove one or more fallen trees from the insured location if the tree(s) is felled by windstorm, hail, lightning or weight of ice, snow or sleet. For the tree removal to be covered, the tree(s) must either damage a covered structure; or block access to a covered structure.

   This coverage does not apply to removal of debris which would be considered normal maintenance. The most we would pay under Debris Removal is $500 for any one occurrence.

   No deductible applies to this coverage.

2. Emergency Removal Service

   We will pay when your dwelling must be moved because it is threatened by a loss covered by this policy. The amount of coverage is the actual cost up to $500 if your dwelling can be removed in one section or the actual cost up to $1,000 for two or more sections.

   No deductible applies to this coverage.

3. Fire Department Service

   We will pay when the fire department is called because of a fire in, or endangering your dwelling as a result of a loss covered by this policy. We will pay for the actual fire department charge you incur up to $250.

   No deductible applies to this coverage.

4. Trees, Shrubs, Plants, and Lawn

   We will pay for loss or damage to your trees, shrubs, plants, and lawn located at your premises caused by fire,

lightning, explosion, riot or civil commotion, aircraft, vandalism, malicious mischief or motor vehicles not owned or operated by you.

Coverage is the actual cost up to $100 for any one plant, shrub, lawn or one tree, with a maximum combined payment of $250 for each occurrence. We do not insure property grown for business purposes or located more than 300 feet from your dwelling.

No deductible applies to this coverage.

5. Water Backup of Sewers

Water which backs up through sewers or drains or which over flows from a sump and which is not caused by your negligence.

A $250 deductible shall apply to any loss caused by water which backs up through sewers or drains or which overflows from a sump. We will pay only that part of the loss that exceeds $250. No other deductible applies to this coverage. This deductible does not apply with respect to COVERAGE D - Additional Living Expense.

The most we will pay for any loss covered is $5,000 for each occurrence.

6. Property Removed

We will pay for damage to covered property removed from a residence premises endangered by a loss covered under this policy and for no more than 30 days while removed.

This coverage does not change the limit of liability that applies to the property being removed.

7. Reasonable Repairs

We will pay the reasonable cost you incur for necessary repairs made solely to protect covered property from further damage from a loss covered under this policy. This coverage does not increase the limit of liability that applies to the property being repaired.

No Deductibles applies to this coverage.

8. Credit Card, Fund Transfer Card or Access Device, Forgery and Counterfeit Money

a. We will pay up to $1,000 for:
   (1) the legal obligation of an insured to pay because of the theft or unauthorized use of credit cards issued to or registered in the insured's name;
   (2) loss resulting from theft or unauthorized use of a fund transfer card or access device used for deposit, withdrawal or transfer of funds. Such card must be issued to or registered in the insured's name;
   (3) loss to an insured caused by forgery or alteration of any check or negotiable instrument; and

(4) loss to an insured through acceptance in good faith of counterfeit United States or Canadian paper currency.

b. We do not cover use of a credit card or fund transfer card or access device:
   (1) by a resident of the residence premises or a person temporarily living in the dwelling;
   (2) by a person who has been entrusted with either type of card or access device; or
   (3) if an insured has not complied with all terms and conditions under which the cards are issued or device accessed.

c. We will pay no more than $1,000 for a loss involving one or more of the coverages. Repeated losses caused by one person or in which one person is involved are to be considered one loss.

d. We do not cover loss arising out of business use or dishonesty of any insured.

e. If a claim is made or suit is brought against an insured for liability to which this coverage applies, we will defend the insured. We will use our lawyer and bear the expense.

f. We may investigate and settle any claim suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay or when the amount we offer to pay by tendering the money you equals our limit of liability.

g. We may defend an insured or the person's bank against a suit to enforce payment under the credit card or fund transfer card coverage. Such defense will be at our expense.

No deductible will apply to this coverage.

9. Food Spoilage

a. We will pay the actual necessary and reasonable cost, up to $100, for spoilage of food in your freezer or refrigerator, on the residence premises. Such spoilage must be caused by power failure.

b. Power failure shall not include:
   (1) removal of a plug from an electric outlet;
   (2) turning off an electrical switch, unless caused by a covered loss; or
   (3) a utility company intentionally terminating or suspending power service to a residence premises.

c. Under SECTION – EXCLUSIONS, item 14 does not apply to this Food Spoilage coverage.

No deductible will apply to this coverage.

## DEDUCTIBLE

Unless otherwise noted in this policy, the following deductible provision applies:

Subject to the policy limits that apply, we will pay only that part of the total of all loss payable under SECTION I that exceeds the deductible as shown on the Declarations Page.

## SECTION I - EXCLUSIONS

Regardless of any other cause or event contributing concurrently or in any sequence to the loss, we do not provide payment for physical loss or damage:

1. Due and confined to wear and tear, latent defects, marring, deterioration, inherent vice, neglect, abusive use, mechanical or electrical breakdown or failure, or manufacturer defect.

2. Caused by enforcement of any governmental requirement regulating construction, confiscation, repair, demolition, sale, occupancy or relocation of your dwelling.

3. If your dwelling, other structures, personal property or premises are being used for any illegal trade or illegal business.

4. Due and confined to leakage from rain, sleet, or snow or its resulting damage whether or not wind driven. However, this exclusion does not apply if a covered peril causes an opening in the roof or to the exterior of your dwelling, which causes the leakage.

5. If your dwelling is used exclusively for any business, commercial or non-residential purposes.

6. If your other structures or personal property are used at any time for business, commercial or non-residential purposes.

7. If an insured intentionally causes damage to or destruction of the covered dwelling, other structures or personal property. An intentional loss shall mean any loss arising out of any act an insured commits or conspires to commit with the intent to cause a loss. However, this exclusion will not apply to deny payment to an innocent insured who did not cooperate in or contribute to the creation of the loss.

8. If an insured intentionally gave us materially false information with intent to deceive in order to obtain this policy or in the presentation of a claim.

9. Due to nuclear action which means nuclear reaction, radiation, or radioactive contamination. Direct loss by fire resulting from nuclear action is insured.

10. Due to war, hostile or warlike action in time of peace or war whether declared or not declared.

11. To tires, wheels, and axles unless damaged by fire or stolen while attached to or from inside your dwelling.

12. By theft, vandalism or malicious mischief, if your dwelling is unoccupied for more than 60 consecutive days before the loss.

13. Caused by birds, rodents, insects, vermin or animals.

14. Power failure, meaning the failure of power or other utility service if the failure takes place off the insured location and results in loss or damage to the insured property. However, we will pay for a direct loss from an insured peril.

15. Due to freezing, rust, corrosion or contamination. However, we will provide coverage for losses due to freezing of the plumbing, heating, air conditioning or appliances when reasonable care has been taken to maintain heat in the building.

16. Due to smog, smoke from agricultural smudging or industrial operations.

17. Due to acts of malicious mischief, vandalism, or theft caused by any member of the household or a person in lawful possession or custody of your dwelling.

18. For lost items caused by mysterious disappearance.

19. Due to loss resulting from installation, movement, transit, preparation for transit, set-up or transport of your dwelling or other structures.

20. Caused by the presence of condensation, humidity, or vapor, or by continuous or repeated seepage or leakage of water or steam over a period of time. This exclusion does not apply to loss caused by sudden escape of water from plumbing, heating, an automatic fire protection sprinkler system or any domestic appliance.

21. Due to settling, cracking, shrinking, erosion of the soil, bulging or expansion of pavements, patios or foundations of your dwelling or any of its parts.

22. Resulting from any failure or malfunction, inadequacy or inability of any system, accessory, appliance or part of your dwelling to correctly recognize, distinguish, interpret or accept any naturally occurring calendar date. However, should a loss from a covered peril ensue a direct loss from the peril is covered.

23. To the tie-down anchoring systems resulting from rust, corrosion, or faulty installation.

24. Caused by or resulting from faulty, inadequate or defective:
   a. Planning, zoning, development, surveying, siting;
   b. Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
   c. Materials used in repair, construction, renovation or remodeling;
   d. Maintenance; of part or all of any insured property; or
   e. Installation, movement, set-up or transport.

25. For Coverage C caused by:
   a. breakage of:
      (1) eyeglasses, glassware, statuary, marble;
      (2) bric-a-brac, porcelains and similar fragile articles.
      There is coverage for breakage of the property by or resulting from:
      (1) fire, lightning, windstorm, hail;
      (2) smoke, other than smoke from agricultural smudging or industrial operations;
      (3) explosion, riot, civil commotion;
      (4) aircraft, vehicles, vandalism and malicious mischief, earthquake or volcanic eruption;
      (5) collapse of a building or any part of a building;
      (6) water not otherwise excluded;
      (7) theft or attempted theft; or
      (8) sudden and accidental tearing apart, cracking, burning or bulging of:
         (a) a steam or hot water heating system;
         (b) an air conditioning or automatic fire protective sprinkler system; or
         (c) an appliance for heating water;

b.　dampness of atmosphere or extremes of temperature unless the direct cause of loss is rain, snow, sleet or hail;

c.　refinishing, renovating or repairing property other than watches, jewelry and furs;

d.　collision, other than collision with a land vehicle, sinking, swamping or stranding of watercraft, including their trailers furnishings equipment and outboard engines or motors;

e.　destruction, confiscation or seizure by order of any government or public authority; or

f.　acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body. However, any ensuing loss to property described in Coverage C not excluded or expected in this policy is covered.

## SECTION I - CONDITIONS

1.　Insurable Interest and Limit of Liability.

Even if more than one person has an insurable interest in the property covered, we shall not be liable:

a.　to the insured for an amount greater than the insured's interest; nor

b.　for more than the applicable limit of liability.

2.　Your Duties After Loss.

In case of a loss to which this insurance may apply, you shall see that the following duties are performed:

a.　give immediate notice to us or our agent, and in case of theft also to the police;

b.　protect the property from further damage, make reasonable and necessary repairs required to protect the property, and keep an accurate record of repair expenditures;

c.　prepare an inventory of damaged personal property showing in detail, the quantity, description, actual cash value and amount of loss. Attach to the inventory all bills, receipts and related documents that substantiate the figures in the inventory.

d.　as often as we reasonably require:
(1)　exhibit the damaged property;
(2)　provide us with records and documents we request and permit us to make copies; and
(3)　submit to examination under oath.

e.　submit to us, within 60 days after we request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:
(1)　the time and cause of loss;
(2)　interest of the insured and all others in the property involved and all encumbrances on the property;
(3)　other insurance which may cover the loss;
(4)　changes in title or occupancy of the property during the term of the policy;
(5)　specifications of any damaged building and detailed estimates for repair of the damage;
(6)　an inventory of damaged personal property described in 2c;
(7)　receipts for additional living expenses incurred.

3.　Loss Settlement.

One payment methods are subject to the deductibles and limits of liability as shown on the Declarations Page and elsewhere in this policy for the specific type of loss involved and specific types of property.

a.　The amount we will pay in the event of a loss to your dwelling or other structures will be the lowest of:
(1)　The limit of liability shown on the Declarations Page for your dwelling or other structures; or
(2)　The cost to replace your dwelling or other structures for a new dwelling or new other structures of like kind and quality without deduction for depreciation; or
(3)　The amount actually spent for necessary repair or replacement of the damaged portion of your dwelling or other structures.

b.　If the cost to repair or replace the damaged property is more than $2,500, we will pay the lowest of the amounts shown below until actual repair or replacement is completed:
(1)　The difference between the actual cash value of your damaged property before the loss and its actual cash value immediately after the loss; or
(2)　The cost of replacing your property; or
(3)　The limit of liability shown on the Declarations Page for your dwelling or other structures.

c.　You may elect not to accept this coverage in presenting a claim. The choice will not affect your right to pursue your claim within 180 days after the loss for any additional payment that may be due to you as provided under this endorsement.

d.　In the event of a total loss of your dwelling, we will pay the limit of liability for your dwelling as shown on the Declarations Page.

e.　In no event will the amount payable for loss of or damage to your dwelling or other structures exceed the limit of liability shown on the Declarations Page.

f.　In the event of a loss to your personal property we will pay the lowest of:
(1)　The limit of liability for your personal property as shown on the Declarations Page of your policy; or
(2)　The cost of repairing the damage; or

(3) The difference between the actual cash value of your property immediately before the loss and its actual cash value immediately after the loss; or

(4) The actual cash value of the damaged property.

4. **Loss to a Pair or set.**

In case of loss to a pair or set we may elect to:

a. repair or replace any part to restore the pair or set to its value before the loss; or

b. pay the difference between actual cash value of the property before and after the loss; or

c. pay any loss involving part of a series of pieces or panels:

   (1) the reasonable cost of repairing or replacing the damaged part to match the remainder as closely as possible; or

   (2) the reasonable cost of providing an acceptable decorative effect or utilization as circumstances may warrant. However, we do not guarantee the availability of replacements, or in the event of damage to a part, be liable for the value of or to repair or replace the entire series of pieces or panels.

5. **Glass Replacement.**

Loss for damage to glass caused by a covered damage shall be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

6. **Appraisal.**

If you and we fail to agree on the amount of loss, either one can demand that the amount of the loss be set by appraisal. If either makes a written demand for appraisal, each shall select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers shall then select a competent impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, you or we can ask a judge of a court of record in the state where the residence premises is located to select an umpire. The appraisers shall then set the amount of the loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon shall be the amount of the loss. If the appraisers fail to agree within a reasonable time, they shall submit their differences to the umpire. Written agreement signed by any two of these three shall set the amount of the loss. Each appraiser shall be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire shall be paid equally by you and us.

7. **Other Insurance.**

If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

8. **Action Against Us.**

No action shall be brought unless there has been compliance with the policy provisions and the action is started within two years after the occurrence causing the loss or damage.

9. **Our Option.**

If we give you written notice within 30 days after we receive your signed, sworn statement of loss, we may repair or replace any part of the property damaged with equivalent property.

10. **Loss Payment.**

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive proof of loss and:

a. reach agreement with you, or

b. there is an entry of a final judgment, or

c. there is a filing of an appraisal award with us.

11. **Abandonment of Property.**

We need not accept any property abandoned by any insured.

12. **No Benefit to Bailee.**

We will not recognize any assignment or grant any coverage for benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this policy.

13. **Nuclear Hazard Clause.**

a. "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

b. Loss caused by the nuclear hazard shall not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named.

c. This policy does not apply under Section I to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

14. **Lienholder Clause.**

The word "Lienholder" includes mortgagee or trustee.

If a lienholder is named in this policy, a loss payable under Coverage A, or B will be paid to the lienholder and you, as

interests appear. If more than one lienholder is named, the order of payment will be the same as the order or precedence of the liens.

If we deny your claim, that denial will not apply to a valid claim of the lienholder, if the lienholder:

a. notifies us of a change in ownership, occupancy, or substantial change in risk of which the lienholder is aware.

b. pays any premium due under this policy on demand, if you have neglected to pay the premium.

c. submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us, and Loss Payment apply to the lienholder.

If we cancel or non-renew the policy, the lienholder will be notified at least 10 days before the cancellation or non-renewal takes effect.

We provide no coverage to the lienholder for any loss resulting from alteration, conversion, or concealment of any property by any insured or other party in legal possession of the property.

If we pay the lienholder for a loss and deny payment to you:

a. we are subrogated to all the rights of the lienholder granted under the lien on the property; or

b. at our option, we may pay to the lienholder the whole principal on the lien plus accrued interest. In this event, we will receive a full assignment and transfer of the lien and all securities held as collateral to the lien.

Subrogation will not impair the right of the lienholder to recover the full amount of the lienholder's claim.

15. Loss Payable Clause

If the Declarations show a loss payee for certain listed insured personal property, losses will be paid to the loss payee and you.

## SECTION II - LIABILITY COVERAGES

### COVERAGE E — PERSONAL LIABILITY

If a claim is made or a suit is brought against any insured for damages because of bodily injury or property damage to which this coverage applies, we will:

a. pay up to our limit of liability for the damages for which the insured is legally liable; and

b. provide a defense at our expense by counsel of our choice. We may make any investigation and settle any claim or suit that we decide is appropriate. Our obligation to defend any claim or suit ends when the amount we pay for damages resulting from the occurrence equals our limit of liability.

### COVERAGE F - MEDICAL PAYMENTS TO OTHERS

We will pay the necessary medical expenses incurred or medically ascertained within one year from the date of an accident causing bodily injury. Medical expenses mean reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This does not apply to you or regular residents of your household other than residence employees.

As to others, this coverage applies only to a person on the insured location with the permission of any insured; or to a person off the insured location, if the bodily injury:

a. arises out of a condition in the insured location or the ways immediately adjoining;

b. is caused by the activities of any insured;

c. is caused by a residence employee in the course of the residence employee's employment by any insured; or

d. is caused by an animal owned by or in the care of any insured.

## SECTION II - EXCLUSIONS

1. Coverage E - Personal Liability and Coverage F - Medical Payments to Others do not apply to bodily injury or property damage:

a. which is expected or intended by the insured;

b. arising out of business pursuits of any insured or the rental or holding for rental of any part of any premises by any insured.

This exclusion does not apply to:

(1) activities which are ordinarily incident to non-business pursuits; or

(2) the rental or holding for rental of a residence of yours:

(a) on an occasional basis for the exclusive use as a residence;

(b) in part, unless intended for use as a residence by more than two roomers or boarders; or

(c) in part, as an office, school, studio or private garage.

c. arising out of the rendering or failing to render professional services;

d. arising out of any premises, owned or rented to any insured which is not an insured location;

e. arising out of the ownership, maintenance, use, loading or unloading of:

(1) an aircraft;

(2) a motor vehicle licensed or not for road use, on or off public roads, owned or operated by, or rented or loaned to any insured, EXCEPT

(a)  Golf carts while used for golfing;

(b)  Residential lawn mowers or equipment not subject to motor vehicle registration, which are usual and incidental to the maintenance of your insured location;

(c)  Motorized vehicles not subject to motor vehicle registration which are used to assist the handicapped; or

(d)  Golf cart used within a manufactured housing community or subdivision by an insured or by persons employed by the insured while they are using the golf cart on the premises and with the insured's consent.

(3)  a watercraft:

(a)  owned by or rented to any insured if the watercraft has inboard or inboard-outdrive motor power of more than 50 horsepower or is a sailing vessel, with or without auxiliary power, 26 feet or more in overall length; or

(b)  powered by one or more outboard motors with more than 25 total horsepower, owned by any insured at the inception of this policy. If you report in writing to us within 45 days after acquisition, an intention to insure any outboard motors acquired prior to the policy period, coverage will apply.

(c)  jet propelled personal watercraft regardless of horsepower owned or rented by an insured.

Exclusion e. (3) does not apply while the watercraft is stored and exclusion d and e do not apply to bodily injury to any residence employee arising out of and in the course of the residence employee's employment by any insured.

f.  caused directly or indirectly by war, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon shall be deemed a warlike act even if accidental;

g.  arising out of sexual molestation, corporal punishment or physical or mental abuse;

h.  arising out of the transmission of a communicable disease by any insured;

i.  Which is expected or intended by an insured even if the bodily injury or property damage:

(1)  Is of different kind, quality or degree than initially expected or intended; or

(2)  Is sustained by a different person or entity than initially expected or intended; or

(3)  Is sustained by different real or personal property than initially expected or intended.

Expected or intended shall mean any act an insured commits or conspires to commit with the intent to cause bodily injury or property damage. In the event of an intentional loss, no insured is entitled to coverage, even an

insured who did not commit or conspire to commit the act causing the bodily injury or property damage;

j.  arising out of, or in connection with, any insured person engaging in any home day care activity. This exclusion applies even if the insured person receives no compensation for such activity. The care of an insured person, as defined in the definition of insured is not considered home day care activity.

2.  Coverage E - Personal Liability, does not apply to:

a.  liability assumed under any unwritten contract or agreement, or by contract or agreement in connection with any business of the insured;

b.  property damage to property owned by the insured;

c.  property damage to property rented to, occupied or used by or in care of the insured. This exclusion does not apply to property damage caused by fire, smoke or explosion;

d.  Bodily injury to any person eligible to receive any benefits required to be provided or voluntarily provided by the insured under any worker's or workmen's compensation, non-occupational disability, or occupational disease law;

e.  Bodily Injury or property damage for which any insured under this policy is also an insured under a nuclear energy liability policy or would be an insured but for its termination upon exhaustion of its limit of liability. A nuclear energy liability policy is a policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy, Liability Underwriters, Nuclear Insurance Association of Canada, or any of their successors;

f.  Arising out of the use, sale, manufacture, delivery, transfer, or possession by any person of a Controlled Substance(s) as defined under federal law. Controlled Substances include but are not limited to cocaine, LSD, marijuana, and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs, by a person following the orders of a licensed physician;

g.  Arising out of the actual, alleged, or threatened discharge, dispersal, release or escape of pollutants at or from the insured location you own or elsewhere; or

h.  Arising out of loss, cost, or expense from any governmental direction or request that you test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize pollutants.

3.  Coverage F - Medical Payments to Others, does not apply to bodily injury:

a.  to a residence employee if it occurs off the insured location and does not arise out of or in the course of the residence employee's employment by any insured.

b.  to any person provided benefits under workers' or workmen's compensation, non-occupational disability or occupational disease law.

c.  to any person, other than a residence employee of an insured, regularly residing in a part of the insured location.

## SECTION II - ADDITIONAL COVERAGE

We cover the following. These are in addition to the limits of liability:

1. Claim Expenses. We pay:
   a. expenses incurred by us and costs taxed against any insured in any suit we defend;
   b. premiums on bonds required in a suit defended by us. We do not pay for bond amounts greater than the limit of liability for Coverage E. We are not obligated to apply for or furnish any bond;
   c. reasonable expenses incurred by any insured at our request. This includes actual loss of earnings (but not loss of other income) up to $50 per day for assisting us in the investigation or defense of any claim or suit;
   d. interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies;
   e. prejudgment interest awarded against any insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of liability, we will not pay any prejudgment interest based on that period of time after the offer.

2. First Aid Expenses. We will also cover, in addition to the limit of liability, the insured's expenses for first aid to others at the scene of an accident caused by an insured not to exceed $250 per occurrence. We will not pay for first aid to either any insured, or any resident of the insured location.

3. Damage to Property of Others. We will pay up to $500 per occurrence for property damage to property of others caused by any insured.
   We will not pay for property damage:
   a. to property covered under Section I of this policy;
   b. caused intentionally by any insured who is 13 years of age or older;
   c. to property owned by or rented to any insured, a tenant of any insured, or a resident in your household; or
   d. arising out of:
      (1) business pursuits;
      (2) any act or omission in connection with a premises owned, rented or controlled by any insured, other than the insured location; or
      (3) the ownership, maintenance, or use of a motor vehicle, aircraft or watercraft.

## SECTION II - CONDITIONS

1. Limit of Liability. Regardless of the number of insureds, claims made or persons injured, our total liability under Coverage E stated in this policy for all damages resulting from any one occurrence shall not exceed the limit of liability for Coverage E stated in the Declarations. All bodily injury or property damage resulting from any one accident or from continuous or repeated exposure to substantially the same general conditions shall be considered to be the result of one occurrence.

   Our liability under Coverage F for all medical expenses payable for bodily injury as a result of one accident is not more than:
   a. the limit of liability shown in the Declarations for "each person";
   b. $25,000 total per accident.

2. Severability of Insurance. This insurance applies separately to each insured. This condition shall not increase our limit of liability for any one occurrence.

3. Duties After Loss. - How to File a Claim - In case of an accident or occurrence the insured shall perform the following duties that apply. You shall cooperate with us in seeing that these duties are performed:
   a. give written notice to us or our agent as soon as practicable, which sets forth:
      (1) the identity of the policy and insured;
      (2) reasonably available information on the time, place and circumstances of the accident or occurrence; and

      (3) names and addresses of any claimants and available witnesses.
   b. forward to us every notice, demand, summons or other process relating to the accident or occurrence;
   c. at our request, assist in:
      (1) making settlement;
      (2) the enforcement of any right of contribution or indemnity against any person or organization who may be liable to any insured;
      (3) the conduct of suits and attend hearings and trials;
      (4) securing and giving evidence and obtaining the attendance of witnesses;
   d. under ADDITIONAL COVERAGE - Damage to the Property of Others - submit to us within 60 days after the loss, a sworn statement of loss and exhibit the damaged property, if within the insured's control;
   e. the insured shall not, except at the insured's assume any obligation or incur any expense other than for first aid to others at the time of the bodily injury.

4. Duties of an Injured Person - Coverage F - Medical Payments to Others. The injured person or someone acting on behalf of the injured person shall:
   a. give us written proof of claim, under oath if required, as soon as practicable;

b.  execute authorization to allow us to obtain copies of medical reports and records; and

c.  the injured person shall submit to physical examination by a physician selected by us when and as often as we reasonably require.

5.  **Payment of Claim - Coverage F - Medical Payments to Others.** Payment under this coverage is not an admission of liability by any insured or us.

6.  **Action Against Us.** No action shall be brought against us unless there has been compliance with the policy provisions.

No one shall have any right to join us as a party to any action against any insured. Further, no action with respect to Coverage E shall be brought against us until the obligation of the insured has been determined by final judgment or agreement signed by us.

7.  **Bankruptcy of any Insured.** Bankruptcy or insolvency of any insured shall not relieve us of any of our obligations under this policy.

8.  **Other Insurance - Coverage E - Personal Liability.** This insurance is excess over any other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

---

## SECTION I AND SECTION II - CONDITIONS

1.  **Policy Period.** This policy applies only to loss under Section I or **bodily injury** or **property damage** under Section II, which occurs during the policy period.

2.  **MISREPRESENTATION, CONCEALMENT OR FRAUD**
    Under **SECTION I – PHYSICAL DAMAGE COVERAGES** and under SECTION II – PERSONAL LIABILITY COVERAGE, with respect to any **insured** covered under this policy, we provide no coverage for loss if, whether before or after a loss, any insured has:
    a.  Intentionally concealed or misrepresented any material fact or circumstance; or
    b.  Engaged in fraudulent conduct; or
    c.  Made false statements relating to this insurance.

3.  **Liberalization Clause.** If we adopt any revision which would broaden the coverage under this policy without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

4.  **Waiver or Change of Policy Provisions.** A waiver or change of any provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination shall not waive any of our rights.

5.  Cancellation.

    a.  **You** may cancel this policy at any time by returning it to us or by notifying us in writing of the date cancellation is to take effect.

    b.  **We** may cancel this policy only for the reasons stated in this condition by notifying you in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing shall be sufficient proof of notice.

        (1)  When you have not paid the premium, whether payable to us or to our agent or any finance or credit plan we may cancel at any time by notifying you at least 10 days before the date cancellation takes effect.

        (2)  When this policy has been in effect for less than 60 days and is not a renewal with us we may cancel for any reason by notifying you at least 10 days before the cancellation takes effect.

        (3)  When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel if there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy or if the risk has changed substantially since the policy was issued. This can be done by notifying you at least 30 days before the date cancellation takes effect.

        (4)  When this policy is written for a period longer than a year, we may cancel for any reason at anniversary by notifying you at least 30 days before the date cancellation takes effect.

    c.  Your lienholder can cancel this policy if your dwelling has been repossessed or foreclosed or the lienholder has otherwise acquired ownership of your dwelling. The lienholder may then, for the account of all parties at interest in this policy, send written request to cancel this policy.

    c.  When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded. When you request cancellation, or we or your lienholder cancel, the return premium will be pro rata.

    e.  If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

6.  **Non-Renewal.** We may elect not to renew this policy. We may do so by delivery to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing shall be sufficient proof of notice.

7.  **Assignment.** Assignment of this policy shall not be valid unless we give our written consent.

8.  **Subrogation.** Any insured may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made.

    If an assignment is sought, any insured shall sign and deliver all related papers and cooperate with us in any reasonable manner.

Subrogation does not apply under Section II to Medical Payments to Others or Damage to Property of Others.

If we pay an innocent co-insured for a loss caused by an act of domestic abuse, the rights of that insured to recover damages from the perpetrator of the abuse are transferred to us to the extent of our payment. That insured may not waive such rights to recover against the perpetrator of the domestic abuse.

9. Death. If any person named in the Declarations or the spouse, if a resident of the same household dies:

a. we insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death;

b. insured includes:

(1) any member of your household who is an insured at the time of your death, but only while a resident of the residence premises; and

(2) with respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

## American Bankers Insurance Company of Florida

[A Stock Insurance Company]

[11222 Quail Roost Drive, Miami, FL 33167-6596 l 305.253.2244]

## HOMEOWNERS PLUS PROGRAM
## ELITE TIER ENDORSEMENT

**THIS ENDORSEMENT CHANGES YOUR POLICY.   PLEASE READ IT CAREFULLY.**

When this endorsement is attached, your policy is amended as follows:

### SECTION I – COVERAGES

Under **COVERAGES C – PERSONAL PROPERTY**, Items not covered in Coverage C, the following are deleted to their entirety:

3. Boat motors, boats (motorized or not), personal watercraft, and their parts or equipment;

4. Any device, instrument, cellular communication system, radar signal reception system, accessory or antenna designed for reproducing, detecting, receiving, transmitting, recording or playing back data, sound or picture which may be powered by electricity from a motorized land vehicle or watercraft and while in or upon a motorized land vehicle or watercraft. We do not cover tapes, wires, records, disks or other media that may be used with these devices or instruments while in or upon a motorized land vehicle or watercraft;

8. Money, currency or securities;

12. Gift certificates, stored value cards, pre-paid phone cards and any other cash equivalent items.

Under **COVERAGE C – PERSONAL PROPERTY**, SPECIAL LIMITS OF LIABILITY is deleted and replaced by the following:

### SPECIAL LIMITS OF LIABILITY

The special limit for each category shown below is the total limits for each loss for all property in that category. These special limits do not increase the limit of liability for **COVERAGE C –PERSONAL PROPERTY.**

1. $200 on money, coins, gift cards, smart cards, stored value cards, prepaid phone cards, any other cash equivalent;

2. $1,500 for books, accounts, deeds, evidence of debt, letters of credit, notes other than bank notes, manuscripts, passports, tickets and stamps;

3. $1,500 on watercraft, including their trailers, furnishings, equipment and outboard engines or motors while inside a fully enclosed building;

4. $1,500 on trailers or semitrailers not used with watercraft of any type;

5. $1,500 loss of jewelry, watches, furs, precious and semiprecious stones by theft;

6. $2,500 loss of firearms and related equipment by theft;

7. $2,500 loss of silverware, silver-plated ware, goldware, gold-plated ware, platinum ware, platinum-plated ware and pewterware by theft. This includes flatware, holloware, tea sets, trays and trophies made of or including silver, gold or pewter;

8. $2,500 on property, on the residence premises, used primarily for business purposes;

9. $500 on property, away from the residence premises, used primarily for business purposes. However, these limits do not apply to loss to electronic apparatus and other property described in Categories 10 and 11 below;

10. $1,500 on electronic apparatus and accessories, while in or upon a motor vehicle, but only if the apparatus is equipped to be operated by power from the motor vehicle's electrical system while still capable of being operated by other power sources. Accessories include antennas, tapes, wires, records, discs or other media that can be used with other apparatus described in this paragraph;

11. $1,500 on electronic apparatus and accessories used primarily for business while away from the residence premises and not in or upon a motor vehicle. The apparatus must be equipped to be operated by power from the motor vehicle's electrical system while still capable of being operated by other power sources. Accessories include antennas, tapes, wires, records, discs or other media that can be used with any apparatus described in this paragraph;

12. $2,000 for hand and power tools and equipment and toolboxes;

13. $2,000 for computer, computer software, discs, and any computer related electronic equipment, media and accessories;

14. $500 for satellite dish accessories, radio antennas, television antennas and related equipment.

**COVERAGE D – ADDITIONAL LIVING EXPENSE** is deleted and replaced by the following:

### COVERAGE D – ADDITIONAL LIVING EXPENSE

The limit of liability for Coverage D is 20% of the Coverage A - Dwelling limit for the following coverages:

Additional Living Expense. If a loss covered under this Section makes the residence premises uninhabitable, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal

AB1778EPC-0811

standard of living. Payment shall be for the shortest time required:

a.    to repair or replace the premises; or

b.    if you permanently relocate, the shortest time required for your household to settle elsewhere.

**Civil Authority.** If damages from a peril we insure against occur at a neighboring premises, we will pay additional living expenses for up to two weeks should civil authorities prohibit you from occupying the residence premises.

These periods of time shall not be shortened by the expiration of this policy.

No deductible applies to this coverage.

**ADDITIONAL COVERAGES** is deleted and replaced by the following:

## ADDITIONAL COVERAGES

The following coverages are automatically included and are in addition to the limit of liability of Coverage A shown on the Declarations Page.

1.    <u>Debris Removal</u>

We will pay for expenses you incur when you remove debris of covered property, other than trees, which results from a loss covered under this policy.

We will also pay up to $1,000 for the expense to remove one or more fallen trees from the insured location if the tree(s) is felled by windstorm, hail, lightning or weight of ice, snow or sleet. For the tree removal to be covered, the tree(s) must either damage a covered structure; or block access to a covered structure.

This coverage does not apply to removal of debris which would be considered normal maintenance. The most we would pay under Debris Removal is 5% of Coverage A for any one occurrence.

No deductible applies to this coverage.

2.    <u>Emergency Removal Service</u>

We will pay when your dwelling must be moved because it is threatened by a loss covered by this policy. The amount of coverage is the actual cost up to $500 if your dwelling can be removed in one section or the actual cost up to $1,000 for two or more sections.

No deductible applies to this coverage.

3.    <u>Fire Department Service</u>

We will pay when the fire department is called because of a fire in, or endangering your dwelling as a result of a loss covered by this policy. We will pay for the actual fire department charge you incur up to $500.

No deductible applies to this coverage.

4.    <u>Trees, Shrubs, Plants, and Lawn</u>

We will pay for loss or damage to your trees, shrubs, plants, and lawn located at your premises caused by fire, lightning, explosion, riot or civil commotion, aircraft, vandalism, malicious mischief or motor vehicles not owned or operated by you.

Coverage is the actual cost up to $500 for any one plant, shrub, lawn or one tree, with a maximum combined payment of 5% of Coverage A for each occurrence. We do not insure property grown for business purposes or located more than 300 feet from your dwelling.

No deductible applies to this coverage.

5.    <u>Water Backup of Sewers</u>

Water which backs up through sewers or drains or which over flows from a sump and which is not caused by your negligence.

A $250 deductible shall apply to any loss caused by water which backs up through sewers or drains or which overflows from a sump. We will pay only that part of the loss that exceeds $250. No other deductible applies to this coverage. This deductible does not apply with respect to COVERAGE D - Additional Living Expense.

The most we will pay for any loss covered is $5,000 for each occurrence.

6.    <u>Property Removed</u>

We will pay for damage to covered property removed from a residence premises endangered by a loss covered under this policy and for no more than 30 days while removed.

This coverage does not change the **limit of liability** that applies to the property being removed.

7.    <u>Reasonable Repairs</u>

We will pay the reasonable cost you incur for necessary repairs made solely to protect covered property from further damage from a loss covered under this policy. This coverage does not increase the **limit of liability** that applies to the property being repaired.

Deductible will apply to this coverage.

8.    <u>Credit Card, Fund Transfer Card or Access Device, Forgery and Counterfeit Money</u>

a.    We will pay up to $1,000 for:
        (1)    the legal obligation of an **insured** to pay because of the **theft** or unauthorized use of credit cards issued to or registered in the **insured's** name;

AB1778EPC-0611

(2)    loss resulting from theft or unauthorized use of a fund transfer card or access device used for deposit, withdrawal or transfer of funds. Such card must be issued to or registered in the insured's name;

(3)    loss to an insured caused by forgery or alteration of any check or negotiable instrument; and

(4)    loss to an insured through acceptance in good faith of counterfeit United States or Canadian paper currency.

b. We do not cover use of a credit card or fund transfer card or access device:

(1)    by a resident of the residence premises or a person temporarily living in the dwelling;

(2)    by a person who has been entrusted with either type of card or access device; or

(3)    if an insured has not complied with all terms and conditions under which the cards are issued or device accessed.

c. We will pay no more than $1,000 for a loss involving one or more of the coverages. Repeated losses caused by one person or in which one person is involved are to be considered one loss.

d. We do not cover loss arising out of business use or dishonestly of any insured.

e. If a claim is made or suit is brought against an insured for liability to which the coverage applies, we will defend the insured. We will use our lawyer and bear the expense.

f. We may investigate and settle any claim suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay or when the amount we offer to pay by tendering the money you equals our limit of liability.

g. We may defend an insured or the person's bank against a suit to enforce payment under the credit card or fund transfer card coverage. Such defense will be at our expense.

No deductible applies to this coverage.

9.   Food Spoilage

a. We will pay the actual necessary and reasonable cost, up to $100, for spoilage of food in your freezer or refrigerator, on the residence premises. Such spoilage must be caused by power failure.

b. Power failure shall not include:

(1)    removal of a plug from an electric outlet; or

(2)    turning off an electrical switch, unless caused by a covered loss; or

(3)    a utility company intentionally terminating or suspending power service to a residence premises.

c. Under SECTION – EXCLUSIONS, item 14 does not apply to this Food Spoilage coverage.

No deductible applies to this coverage.

10.   Loss Assessment

We will pay up to $1,000 for your share of the loss assessment charged during the policy period against you, as owner of the residence premises, by a corporation or association of property owners. The assessment must be made as a result of direct loss to property, owned by all members collectively, of the type that would be covered by this policy if owned by you and caused by a loss covered under policy. Loss assessments are not subject to the policy period.

The limit of $1,000 is the most we will pay with respect to any one loss, regardless of the number of assessments. We will only apply one deductible, per unit, to the total amount of any one loss to the property described above, regardless of the number of assessments. We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

11.   Ordinance of Law

You may use up to 10% of the limit of liability that applies to Coverage A for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

a. The construction, demolition, remodeling, renovation or repair of that part of a covered dwelling or other structure damaged by a covered loss;

b. The demolition and reconstruction of the undamaged part of a covered dwelling or other structure, when that dwelling or other structure must be totally demolished because of damage by a covered loss to another part of that covered dwelling or other structure; or

c. The remodeling, removal or replacement of the portion of the undamaged part of a covered dwelling or other structure necessary to complete the remodeling, repair or replacement of that part of the covered dwelling or other structure damaged by a covered loss.

You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in a. above.

We do not cover:

a. The loss in value to any covered dwelling or other structure due to the requirements of any ordinance or law; or

b. The costs to comply with any ordinance or law which requires any insured or others, to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants in or on any covered dwelling or other structure.

AB1778EPC-0611

12. Grave Markers

We will pay up to $5,000 for grave markers, including mausoleums, on or away from the residence premises for loss covered under this policy. This coverage does not increase the limit of liability that applies to the damaged covered property.

Deductible applies to this coverage.

13. Glass or Safety Glazing

We will pay for breakage of glass or safety glazing material that is part of a covered building, storm door or storm window for a covered damage.

We will also pay for direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material that is part of a building, storm door or storm window.

This coverage does not increase the limit of liability that applies to the damaged property.

## SECTION I – EXCLUSIONS

Item 6. is deleted and replaced by the following:

6.    If your other structures are used at any time for business, commercial or non-residential purposes. However, other structures are covered to store business property when business property is solely owned by an insured provided that the business property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the structure.

## SECTION II – EXCLUSIONS

Item 1.i. is amended to add the following:

However, this Exclusion i. does not apply to bodily injury resulting from use of reasonable force by an insured to protect person or property.

## SECTION II - ADDITIONAL COVERAGES

Item 1.c. is deleted and replaced by the following:

c.    reasonable expenses incurred by any insured at our request. This includes actual loss of earnings (but not loss of other income) up to $250 per day for assisting us in the investigation or defense of any claim or suit;

The first paragraph of item 3 is deleted and replaced by the following:

3.    Damage to Property of Others. We will pay up to $1,000 per occurrence for property damage to property of others caused by any insured.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

## American Bankers Insurance Company of Florida

[A Stock Insurance Company]

[11222 Quail Roost Drive, Miami, FL 33157-6596 I 305.253.2244]

## HOMEOWNERS PLUS PROGRAM
## PERSONAL PROPERTY REPLACEMENT COST ENDORSEMENT

**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

For an additional premium, coverage of this policy is extended to include the full cost of repair or replacement without deduction for depreciation. This extension applies to SECTION I - COVERAGE C - PERSONAL PROPERTY.

"Replacement Cost" means that cost at the time of loss of a new article identical to the one damaged, destroyed or stolen. When the identical article is no longer manufactured or is not available, replacement cost shall mean the cost of a new article similar to that damaged or destroyed and which is of comparable quality and usefulness.

Our liability for loss of any one item or items covered shall not exceed the smallest of the following amounts:

1. **Replacement Cost** at the time of loss.
2. The full cost of repair.
3. Any special limits of liability described in the policy.

When the full cost of repair or replacement is more than $1,000, we will not be liable for any loss under any part of this provision unless and until actual repair or replacement is completed. You may elect to disregard this condition in making claim, but such election shall not prejudice your right to make further claim within 180 days after loss for any additional liability brought about by this policy condition.

This endorsement does not apply to any item or article of rarity, antiquity or which by its inherent nature cannot be replaced. On such items, the actual cash value provisions of the policy apply.

**ALL OTHER TERMNS AND CONDITION REMAIN THE SAME.**

AJ9642EPC-0208

## American Bankers Insurance Company of Florida

[A Stock Insurance Company]
[11222 Quail Roost Drive, Miami, FL 33157-6596 I 305.253.2244]

## HOMEOWNERS PLUS PROGRAM
## ANIMAL LIABILITY SPECIAL LIMIT

**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

**SECTION II - LIABILITY COVERAGE, COVERAGE E - PERSONAL LIABILITY,** section a. is deleted and replaced by the following:

    a.    pay up to our limit of liability for the damages for which the insured is legally liable.

        We will pay a maximum limit of $50,000 for claims arising out of domestic pets or domestic animals you own or in your care, custody or control; and

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

AJ9889EPC-0208

# American Bankers Insurance Company of Florida

[A Stock Insurance Company]

[11222 Quail Roost Drive, Miami, FL 33157-6596 | 305.253.2244]

## HOMEOWNERS PLUS PROGRAM
## MANDATORY AMENDATORY ENDORSEMENT
## ARKANSAS

**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

**NOTICE**

In accordance with ARK. CODE ANN. § 23-88-106, We are providing notice of the following:

Unless otherwise provided by this policy, We may deduct Expense depreciation. Expense depreciation is defined as depreciation, including but not limited to the cost of goods, materials, labor and services necessary to replace, repair or rebuild damaged property.

If expense depreciation is applied to a loss for damaged property, the insurer shall provide written explanation as to how the expense depreciation was calculated.

**SECTION I – CONDITIONS**

Item 6. Appraisal is deleted and replaced by the following:

6.    Appraisal.

If you and we fail to agree on the amount of loss, an appraisal of the loss may take place. However, an appraisal will take place only if both you and we agree, voluntarily, to have the loss appraised. If so agreed, each party will choose a competent and impartial appraiser within 20 days after both parties agree. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the residence premises is located. The appraisers will separately state the amount of the loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. An appraisal decision will not be binding on either party.

Each party will:
a.    Pay its own appraiser; and
b.    Bear the other expenses of the appraisal and umpire equally.

Item 8. Action Against Us is deleted and replaced by the following:

8.    Action Against Us.

No action shall be brought unless there has been compliance with the policy provisions and the action is started within five years after the occurrence causing the loss or damage.

Item 14. Lienholder Clause is deleted and replaced by the following:

14.    Lienholder Clause.

The word "Lienholder" includes mortgagee or trustee.

If a lienholder is named in this policy, a loss payable under Coverage A, or B will be paid to the lienholder and you, as interests appear. If more than one lienholder is named, the order of payment will be the same as the order of precedence of the liens.

If we deny your claim that denial will not apply to a valid claim of the lienholder, if the lienholder:
a.    notifies us of a change in ownership, occupancy, or substantial change in risk of which the lienholder is aware.
b.    pays any premium due under this policy on demand, if you have neglected to pay the premium.
c.    submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us, and Loss Payment apply to the lienholder.

If we decide to cancel this policy, the lienholder will be notified at least:
a.    10 days before the date cancellation takes effect if we cancel for nonpayment of premium.
b.    20 days before the date cancellation takes effect if we cancel for any other reason.

If we decide not to renew this policy, the lienholder will be notified at least 30 days before the date nonrenewal takes effect.

We provide no coverage to the lienholder for any loss resulting from alteration, conversion, or concealment of any property by any insured or other party in legal possession of the property.

If we pay the lienholder for a loss and deny payment to you:
a.    we are subrogated to all the rights of the lienholder granted under the lien on the property; or
b.    at our option, we may pay to the lienholder the whole principal on the lien plus accrued interest. In this event, we will receive a full assignment and transfer of the lien and all securities held as collateral to the lien.

AB1827EPC-0322

Subrogation will not impair the right of the lienholder to recover the full amount of the lienholder's claim.

Item 15. Loss Payable Clause is deleted and replaced by the following:

15.   Loss Payable Clause.

If the Declarations show a loss payee for certain listed insured personal property, the definition of insured is changed to include that loss payee with respect to that property.

If we decide to cancel this policy, that loss payee will be notified in writing.

If we decide to not renew this policy, that loss payee will be notified in writing at least 30 days before the date nonrenewal takes effect.

## SECTION II – EXCLUSION

Items 2. g and 2. h. are deleted and replaced by the following:

g.   Arising out of the actual, alleged, or threatened discharge, dispersal, release or escape of pollutants at or from the insured location you own or elsewhere. However, this does not apply to bodily injury and property damage caused by heat, smoke or fumes from a hostile fire. A hostile fire means one that becomes uncontrollable or breaks out from where it was intended to be; or

h.   Arising out of loss, cost, or expense from any governmental direction or request that you test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize pollutants. However, this does not apply to bodily injury and property damage caused by heat, smoke or fumes from a hostile fire. A hostile fire means one that becomes uncontrollable or breaks out from where it was intended to be.

## SECTION I AND II - CONDITIONS

Item 5. Cancellation is deleted and replaced by the following:

5.   Cancellation.

a.   You may cancel this policy at any time by returning it to us or by notifying us in writing of the date cancellation is to take effect.

b.   We may cancel this policy only for the reasons stated in this condition by notifying you in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing shall be sufficient proof of notice.

(1)   When you have not paid the premium, whether payable to us or to our agent or any finance or credit plan we may cancel at any time by notifying you at least 10 days before the date cancellation takes effect, accompanied by the reason.

(2)   When this policy has been in effect for 60 days or less and is not a renewal with us we may cancel for any reason by notifying you at least 20 days before the cancellation takes effect.

(3)   When this policy has been in effect for more than 60 days, or at any time if it is a renewal with us, we may cancel for one or more of the following reasons:

(a)   upon discovery of fraud or material misrepresentation made by, or with the knowledge of, the insured in obtaining or continuing this policy, or in presenting a claim under this policy;

(b)   upon occurrence of a material change in the risk which substantially increases any hazard insured against after policy issuance;

(c)   if there is a violation of any local fire, health, safety, building, or construction regulation or ordinances with respect to any insured property or the occupancy of the property, which substantially increases any hazard insured against under the policy.;

(d)   for nonpayment of membership dues in those cases where the bylaws, agreements, or other legal instruments of the insurer issuing the policy require payment as a condition of the issuance and maintenance of the policy; or

(e)   a material violation of a material provision of the policy.

This can be done by notifying you at least 20 days before the date cancellation takes effect.

(4)   When this policy is written for a period longer than a year, we may cancel for any reason at anniversary by notifying you at least 30 days before the date cancellation takes effect.

c.   Your lienholder can cancel this policy if your dwelling has been repossessed or foreclosed or the lienholder has otherwise acquired ownership of your dwelling. The lienholder may then, for the account of all parties at interest in this policy, send written request to cancel this policy.

d.   When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded. When you request cancellation, or we or your lienholder cancel, the return premium will be pro rata.

e.   If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

Item 8. Subrogation is amended to include the following sentence to paragraph one:

However, we will be entitled to a recovery only after the insured has been fully compensated for the loss sustained.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

AB1827EPC-0322

## American Bankers Insurance Company of Florida
[A Stock Insurance Company]
[11222 Quail Roost Drive, Miami, FL 33157-6596 ● 305.253.2244]

## HOMEOWNERS PLUS PROGRAM
## FUNGI, WET OR DRY ROT OR BACTERIA COVERAGE ENDORSEMENT
## ARKANSAS

**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

**DEFINITIONS**

The following definition is added:

"fungi"

"fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

Under **SECTION II**, this does not include any fungi that are on, or are contained in, a good or product intended for consumption.

**SECTION I – EXCLUSION**

Exclusion 26. is added as follows:

26. Loss caused by or resulting from fungi, wet or dry rot or bacteria, except if the **fungi, wet or dry rot or bacteria** is an ensuing loss caused by or resulting from a covered loss. For the purpose of this exclusion, ensuing **fungi**, wet or dry rot or bacteria losses covered under this policy include reasonable and necessary repair or replacement of property covered under Section I. However, remedial costs, such as the cost of testing the covered property for **fungi**, wet or dry rot or bacteria, or the costs of containment or fumigation of the residence premises, whether the fungi, wet or dry rot or bacteria is the result of a covered cause of loss or otherwise is not covered.

**SECTION II – EXCLUSIONS**

Items 4. and 5. are added as follows:

4. Coverage E - Personal Liability and Coverage F - Medical Payments to Others does not apply to **bodily injury or property damage,** personal injury or advertising injury arising from or associated in any way with the actual or threatened occurrence of, growth of, release of, transmission of, mitigation of, dispersal of, or exposure to fungi, wet or dry rot or bacteria that is not the result of covered loss. This includes, but is not limited to bodily injury, property damage:

   a. arising from or associated in any way with actual or threatened **fungi**, wet or dry rot or bacteria at or upon any real property , personal property, product, or any other tangible property of any **insured** or any other person(s) or organizations(s) located anywhere in the world;

   b. arising from or associated in any way with any actual or threatened inhalation of, exposure to, absorption or ingestion of, or physical contact with fungi, wet or dry rot or bacteria.

   c. arising from or associated in any way with any error or omission in supervision, instructions, recommendations, notices, warnings or advice, given or which should have been given in connection with fungi, wet or dry rot or bacteria.

5. Coverage E - Personal Liability and Coverage F - Medical Payments to Others does not apply to the cost for remediation of **fungi**, wet or dry rot or bacteria, whether the fungi, wet or dry rot or bacteria is the result of a covered loss or otherwise. Remediation includes the cost of detecting, monitoring, testing, decontamination, containment or any expense beyond that which is required to repair or replace the covered property physically damaged by a covered loss.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

AB1934EPC-1011

**American Bankers Insurance Company of Florida**
Homeowners Plus Program

**Private Flood Notice**

This policy meets the definition of private flood insurance contained in 42 U.S.C. 4012a(b)(7) and the corresponding regulation.

If you do not wish to purchase flood coverage through us, the federal government offers flood insurance through the National Flood Insurance Program to residents of communities that participate in its program. You can learn more about the National Flood Insurance Program at www.floodsmart.gov or by calling (888) 379-9531.

# ARKANSAS CONSUMER NOTICE

<u>Customer Inquiry</u>: Should you have an inquiry about coverage or to obtain assistance in resolving a complaint, you may contact the company at:

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA
CUSTOMER SERVICE
11222 Quail Roost Drive
Miami, Florida 33157-6596
(305) 253-2244, Extension 4031000

Policyholders have the right to file a complaint with the Arkansas Insurance Department (AID). You may call AID to request a complaint form at (800) 852-5494 or (501) 371-2640 or write the Department at:

Arkansas Insurance Department
1 Commerce Way, Suite 102
Little Rock, AR 72202

N1504-0320

HPL029442702         08/28/22                          AR  R A O    0005

| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA | AREA ID: RENEWAL OF POLICY HPL 0294427 |
|---|---|
| 11222 Quail Roost Drive, Miami, FL 33157-6596 | THIS IS NOT A BILL. YOU WILL BE BILLED SEPARATELY. IF PAYMENT IS NOT RECEIVED BY 10/08/22 12:01 AM, YOUR COVERAGE WILL EXPIRE. |

| POLICY NUMBER | POLICY TERM FROM | POLICY TERM TO | POLICY TYPE | AGENCY | RPF |
|---|---|---|---|---|---|
| HPL0294427 | 10/08/22 | 10/08/23 | HOMEOWNERS PLUS PROGRAM | 01Y4001 | 00 |

| YOU AS NAMED INSURED AND ADDRESS | AGENT/ACCOUNT |
|---|---|
| MARY RICHMOND 130 MCCLELLAN AVENUE LEPANTO AR  72354 | HOMEFIRST AGENCY, INC. (865) 380-3134, (800) 804-9389 P O BOX 9770 MARYVILLE TN  37802 |

A27E3-0554

```
PROPERTY COVERED BY THIS POLICY IS LOCATED AT:
   130 MCCLELLAN AVENUE LEPANTO, AR 72354.

RATING INFORMATION:
MODEL YEAR 2021, LENGTH 60, WIDTH 32, MODEL ABIGAIL,
   SERIAL NUMBER CCV080657A LAB, OWNER OCCUPIED, UNIT IS TIED DOWN, TERRITORY 02,
   ELITE TIER, COMMUNITY, COMPREHENSIVE FORM.

COVERAGE AT THE ABOVE DESCRIBED LOCATION IS PROVIDED ONLY WHERE A LIMIT IS SHOWN
OR A PREMIUM IS STATED.

   COVERAGE                       AMOUNT OF COVERAGE              PREMIUM
   DWELLING *                     $127,170 LESS DED. **           $1,316.00
   OTHER STRUCTURES *               $6,350 LESS DED. **              INCL
   PERSONAL PROPERTY               $63,500 LESS DED. **            $248.00
   PERSONAL LIABILITY             $100,000 PER OCCURRENCE           $10.00
     ANIMAL LIABILITY SPECIAL LIMIT $50,000 PER OCCURRENCE           INCL
   MEDICAL PAYMENTS TO OTHERS       $2,500 PER PERSON                INCL
   DAMAGE TO PROPERTY OF OTHERS       $500 PER OCCURRENCE            INCL

ADDITIONAL PREMIUMS OR CREDITS
   * REPLACEMENT COST                                               INCL
   SENIOR DISCOUNT                                                  INCL
   PERSONAL PROPERTY REPLACEMENT COST                             $49.00


        TOTAL POLICY PREMIUM - - - - - - - - - - - $1,623.00


FORMS AND ENDORSEMENTS - N1504 03/20, N3403 07/19, AB1774PPC 06/11,
   AB1778EPC 06/11, AB1827EPC 03/22*, AB1903JPC 08/11, AB1934EPC 10/11,
   AJ9642EPC 02/08, AJ9689EPC 02/08.
```



PLAINTIFFS EXHIBIT

*        C O N T I N U E D   O N   N E X T   P A G E        *

INSURED COPY

AHCL002.DOC-1115          CAUDEC02.DOC-0506

HPL029442702          08/28/22                          AR  R A .   0005

| | RENEWAL OF POLICY HPL 0294427 |
|---|---|
| **AMERICAN BANKERS INSURANCE COMPANY**<br>OF FLORIDA<br>11222 Quail Roost Drive, Miami, FL 33157-6559 | THIS IS NOT A BILL. YOU WILL BE BILLED<br>SEPARATELY. IF PAYMENT IS NOT RECEIVED BY<br>10/08/22 12:01 AM, YOUR COVERAGE WILL EXPIRE. |

| POLICY NUMBER | FROM | TO | POLICY TYPE | AGENCY | |
|---|---|---|---|---|---|
| HPL0294427 | 10/08/22 | 10/08/23 | HOMEOWNERS PLUS PROGRAM | 01Y4001 | 00 |

| YOU AS NAMED INSURED AND ADDRESS | AGENT/ACCOUNT |
|---|---|
| MARY RICHMOND<br>130 MCCLELLAN AVENUE<br>LEPANTO AR  72354 | HOMEFIRST AGENCY, INC.<br>(865) 380-3134, (800) 804-9389<br>P O BOX 9770<br>MARYVILLE TN  37802 |

A2221-0684

DESCRIPTION OF ADDITIONAL COVERAGES AND/OR DEDUCTIBLES
```
   ** EARTHQUAKE DEDUCTIBLE IS    $12,717
   ** FLOOD DEDUCTIBLE IS         $500
   ** HAIL DEDUCTIBLE IS          $500
   ** WIND DEDUCTIBLE IS          $500
   ** ALL OTHER DEDUCTIBLES       $500
```

INSURED COPY

CAUDED.DOC-0709